**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 3 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
PENNSYLVANIA MANUFACTURERS INDEMNITY :    16 CV 3842 (ARR)(CLP)
COMPANY, :
:    NOT FOR ELECTRONIC
                Plaintiff, :    OR PRINT PUBLICATION
:
    -against- :    ORDER
:
CITYWIDE TRANSIT, INC., :
:
               Defendant. :
------------------------------------------------------------ X

ROSS, United States District Judge:

       The court has received the Report and Recommendation on the instant case dated June

23, 2017, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections

have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear

error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b). Having

reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its

entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, plaintiff's

motion for default judgment is granted, and plaintiff is awarded 1) $420,892.00 in damages; 2)

$84,664.53 in pre-judgment interest as of June 23, 2017; 3) $103.78 per day in pre-judgment

interest from June 23, 2017 until today; and 4) post-judgment interest. A copy of this order will

be mailed to defendant by chambers.

SO ORDERED.

                           /s/(ARR)
                           Allyne R. Ross
                           United States District Judge

Dated: July 12, 2017
        Brooklyn, New York